UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC BURRELL,

Defendant.

Case: 1:26-cr-20736
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 11-04-2026

Violations:
18 U.S.C. §§ 922(g) and 924(e)(1)

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

**Felon in Possession of a Firearm**
**18 U.S.C. §§ 922(g)(1) and 924(e)(1)**

On or about September 3, 2026, in the Eastern District of Michigan, Eric Burrell, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Jennings .22 caliber, semi-automatic pistol and a Colt, Model AR15, .223 caliber, semi-automatic rifle, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the defendant, Eric Burrell, having at least three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One of this Indictment, Eric Burrell shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a firearm, that is, a Jennings, Model J22, .22 caliber, semi-automatic pistol, bearing serial number 585925 and a Colt, Model AR15, .223 caliber, semi-automatic rifle, bearing serial number VL001836 and assorted rounds of ammunition.

Dated: November 4, 2026

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

s/Katharine Hemann
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
Katharine.Hemann@usdoj.gov
Washington Bar No: 46237

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ **Yes** ☒ **No**

Case: 1:26-cr-20736
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 11-04-2026

**Case Title:** USA v. Eric Burrell

**County where offense occurred :** Saginaw County

**Check One:** ☒**Felony** ☐**Misdemeanor** ☐**Petty**

✓ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________ **Judge:** ____________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 4, 2026
Date

s/Katharine Hemann

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #: WSBA #46237

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.